1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  KATHERINE BUCKLEY

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,           )    Criminal No. CR 04-0407 MMC
                                        )
13           Plaintiff,                 )    **STIPULATION AND**
                                        )    [PROPOSED] **ORDER TO**
14      v.                              )    **CONTINUE MARCH 7, 2007**
                                        )    **STATUS CONFERENCE DATE**
15  KATHERINE BUCKLEY,                  )
                                        )
16                                      )
                                        )
17           Defendant.                 )
    _____)
18

19      IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

20  David Hall, counsel for the plaintiff United States of America, John M. Runfola, counsel for

21  the defendant Katherine Buckley, that the status conference hearing in this Court scheduled

22  for March 7, 2007 at 2:30 p.m.., is extended until April 25, 2007 at 2:30 p.m., or as soon

23  thereafter as is convenient for the Court.

24      No party objects to the requested continuance.

25      **IT IS SO STIPULATED.**

26
    Dated: _____03/06/2007_____            _____/s/_____
27                                          JOHN M. RUNFOLA
                                            Counsel for Katherine Buckley
28

- 2 -

Dated:      03/06 /2007          _____/s/_____
DAVID HALL
Assistant United States Attorney

**IT IS SO ORDERED**

Dated: \_March 7, 2007\_\_\_\_\_          _____
HON. JUDGE MAXINE M. CHESNEY
United States District Court Judge