UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 04-30425 JL |
| Plaintiff, ) | [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE |
| v. ) | |
| KATHERINE BUCKLEY ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the conditions of release for Katherine Buckley be modified so that the $100,000 secured bond be deleted and returned to Richard Buckley. All other special conditions of release remain the same.

No parties object to this modification of Ms. Buckley's conditions of release.

**IT IS SO ORDERED**

Dated: March 8, 2007
_____

_____
United States Magistrate Judge

IT IS SO ORDERED
Judge James Larson