1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  KATHERINE BUCKLEY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
                                              )
12  UNITED STATES OF AMERICA,                  )   Criminal No. CR 04-0407 MMC
                                              )
13           Plaintiff,                        )   **STIPULATION AND**
                                              )   **[PROPOSED] ORDER TO**
14       v.                                    )   **CONTINUE MAY 23, 2007**
                                              )   **STATUS CONFERENCE DATE**
15  KATHERINE BUCKLEY,                         )   **AND EXCLUDE TIME**
                                              )
16                                             )
                                              )
17           Defendant.                        )
    _____)
18

19       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

20  David Hall, counsel for the plaintiff United States of America, John M. Runfola, counsel for

21  the defendant Katherine Buckley,  that the status conference hearing in this Court scheduled

22  for May 23, 2007 at 2:30 p.m.., is extended until May 30, 2007 at 2:30 p.m., or as soon

23  thereafter as is convenient for the Court.

24       No party objects to the requested continuance.

25  //

26  //

27  //

28  //

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from May 23, 2007 through May 30, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).

**IT IS SO STIPULATED.**

Dated: _____05/22/2007_____        _____/s/_____
                                    JOHN M. RUNFOLA
                                    Counsel for Katherine Buckley

Dated:_____05/22 /2007_____        _____/s/_____
                                    DAVID HALL
                                    Assistant United States Attorney

**IT IS SO ORDERED**

Dated: __May 22, 2007_____    _____
                                    HON. JUDGE MAXINE M. CHESNEY
                                    United States District Court Judge

- 2 -