|  |  |
|--|--|
| | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|--|--|
| UNITED STATES OF AMERICA,  )  | Criminal No. CR 04-0407 MMC |
| Plaintiff,  ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 23, 2008 SENTENCING HEARING** |
| v.  ) | |
| KATHERINE BUCKLEY,  ) | |
| Defendant.  ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Hall, counsel for the plaintiff United States of America, John M. Runfola, counsel for the defendant Katherine Buckley, that the sentencing hearing in this Court scheduled for January 23, 2008 at 2:30 p.m.., is extended until April 2, 2008 at 2:30 p.m., or as soon thereafter as is convenient for the Court  A continuance is sought by all counsel for the because,  as discussed at sidebar at the last calling of this case, there is an outstanding pending matter that has yet to be resolved in another county which may impact sentencing.

No party objects to the requested continuance.

//

//

**IT IS SO STIPULATED.**

Dated: 1/22/2008          _____/s/_____
                          JOHN M. RUNFOLA
                          Counsel for Katherine Buckley

Dated: 1/22 /2008         _____/s/_____
                          DAVID HALL
                          Assistant United States Attorney

**IT IS SO ORDERED**

Dated: January 23, 2008   _____
                          HON. JUDGE MAXINE M. CHESNEY
                          United States District Court Judge