|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | NORTHERN DISTRICT OF CALIFORNIA | |
| | SAN FRANCISCO DIVISION | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 04-0407 MMC |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 21, 2008 BAIL VIOLATION HEARING DATE** |
| v. | ) ) | |
| KATHERINE BUCKLEY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Hall, counsel for the plaintiff United States of America, Timothy Elder, United States Pretrial Services Officer, and John M. Runfola, counsel for the defendant Katherine Buckley, that the bail violation hearing in this Court scheduled for February 11, 2008 at 11:00 a.m.., is extended until March 6, 2008 at 11:00 a.m., or as soon thereafter as is convenient for the Court. A continuance is sought by all counsel because counsel for the defense has a schedule conflict on another matter that could not be rescheduled. Counsel for the defense is scheduled to appear for a pretrial conference hearing in the San Francisco Superior Court on an attempted kidnaping case.

No party objects to the requested continuance.

**IT IS SO STIPULATED.**

Dated: 2/20/2008 /s/
JOHN M. RUNFOLA
Counsel for Katherine Buckley

Dated: 2/20/2008 /s/
DAVID HALL
Assistant United States Attorney

Dated: 02/20/2008 /s/
TIMOTHY ELDER
United States Pretrial Services Officer

**IT IS SO ORDERED**

Dated: 2-21-08 _____
HON. JUDGE JAMES LARSON
United States District Court Judge